William WILKINS, Appellant, v. UNITED STATES of America, Appellee.

No. 3196.

Circuit Court of Appeals, Fourth Circuit.

June 19, 1931.

M. B. Simpson and P. G. Sawyer, both of Elizabeth City, N. C., for appellant.

W. H. Fisher, U. S. Atty., of Clinton, N. C.

PER CURIAM.

Case docketed and dismissed on motion of appellee.

Will WOODEN v. UNITED STATES of America.

No. 5814.

Circuit Court of Appeals, Sixth Circuit.

May 15, 1931.

Geo. W. Chamlee, of Chattanooga, Tenn., for appellant.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Judgment of District Court affirmed by court order.

Harry WYNBRANDT v. UNITED STATES of America.

No. 5828.

Circuit Court of Appeals, Sixth Circuit.

April 15, 1931.

Howell Leuck, of Cleveland, Ohio, for appellant.

W. J. Mahon, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court affirmed by court order.

John L. ZURBRICK, District Director of Immigration, v. Tom KORONAS.

No. 5930.

Circuit Court of Appeals, Sixth Circuit.

May 5, 1931.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich., for appellant.

O. Guy Frick, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellant.